UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MOHAMMOD MONSUR ALOM,

              Plaintiff,                **ECF CASE**

    v.

                                                               07 Civ. 6137 (DAB)

ALBERTO R. GONZALES, et al.

              Defendants.          NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
        September 6, 2007

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                                United States Attorney for the
                                                Southern District of New York

                               By:    /s/_____
                                                KRISTIN L. VASSALLO
                                                Assistant United States Attorney
                                                86 Chambers Street, 3rd Floor
                                                New York, New York 10007
                                                Telephone: (212) 637-2822
                                                Facsimile: (212) 637-2730
                                                Email: kristin.vassallo@usdoj.gov

To:    David A. Barnett, Esq.
         16 East 34th Street
         New York, NY 10016