MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KRISTIN L. VASSALLO
Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MOHAMMOD MONSUR ALOM,

        Plaintiff,

   v.

ALBERTO GONZALES, U.S. ATTORNEY
GENERAL, et al.,

        Defendants.
------------------------------------------------------------x

07 Civ. 6137 (DAB)

**STIPULATION AND ORDER OF TRANSFER**

IT IS STIPULATED AND AGREED, by and between the parties, that the above-captioned action be, and hereby is, transferred to the United States District Court for the Eastern District of New York, pursuant to 8 U.S.C. § 1447(b) and 28 U.S.C. § 1631.

Dated: New York, New York
       September 24, 2007

            FRENKEL HERSHKOWITZ & SHAFRAN
            Attorneys for Plaintiff

       By: _____
            DAVID A. BARNETT, ESQ.
            16 East 34th Street
            New York, New York 10016
            Tel.: (212) 679-4666

Dated: New York, New York
September 25, 2007

                            MICHAEL J. GARCIA
                            United States Attorney for the
                            Southern District of New York
                            Attorney for Defendants

By: _____
      KRISTIN L. VASSALLO
      Assistant United States Attorney
      86 Chambers Street
      New York, New York 10007
      Tel.: (212) 637-2822

SO ORDERED:

*Deborah A. Batts* 9/26/2007
THE HONORABLE DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE